UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ELMER MITCH STOCKSTILL                                                                PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 1:05CV181-RHW

WAL-MART STORES, INC.                                                               DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for a separate document under the Federal Rules of Civil Procedure and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court on June 21, 2006, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendant are DISMISSED with prejudice.

SO ORDERED, this the 21st day of June, 2006.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE